IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BILLY DAN TERRY                                                    PLAINTIFF

vs.                        Civil No. 2:13-cv-02043

CAROLYN W. COLVIN                                    DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Before the Court is the Report and Recommendation filed on April 16, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 14.  Judge Bryant recommends this case be remanded pursuant to Sentence Six of Section 205(g) of the Social Security Act.  *Id.*  The Parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The matter is hereby remanded pursuant to Sentence Six of Section 205(g) of the Social Security Act.

**IT IS SO ORDERED this 13th day of May 2013.**

                                                           /s/ Robert T. Dawson
                                                           Hon. Robert T. Dawson
                                                           United States District Judge